**FILED**

2017 Mar-28 PM 04:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

for the
**Northern District of Alabama**

JS 44 (Rev. 08/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFF(S)

Transamerica Equipment Company, LLC

## DEFENDANT(S)

Industrial Assets Corp, Maynards Industries, USA Inc. and Utica Leaseco LLC

**(b)** County of Residence of First Listed Plaintiff  Tuscaloosa, Alabama

County of Residence of First Listed Defendant _____

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

James S. Ward, Ward & Wilson LLC
2100 A Southbridge Pkwy, Suite 580
Birmingham, AL 35209

Attorneys *(If Known)*

James E. Fleenor, Jr. and Wilson F. Green
Fleenor, & Green LLP, 1652 McFarland Blvd. N, C2A
Tuscaloosa, Alabama 35406
205.722.1017

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question
*(U.S. Government Not a Party)*

☐ 2 U.S. Government Defendant

☒ 4 Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 (see attached) |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

### CONTRACT
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☒ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

### TORTS

**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
☐ 365 Personal Injury - Product Liability
☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

### FORFEITURE/PENALTY
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

### LABOR
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Management Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Retirement Income Security Act

### BANKRUPTCY
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

### SOCIAL SECURITY
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

### IMMIGRATION
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

### OTHER STATUTES
☐ 375 False Claims Act
☐ 376 Qui Tam (31 USC 3729(a))
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/ Exchange
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Information Act
☐ 896 Arbitration
☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes

### REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

### CIVIL RIGHTS
☐ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 448 Education

### PRISONER PETITIONS

**Habeas Corpus:**
☐ 463 Alien Detainee
☐ 510 Motions to Vacate Sentence
☐ 530 General
☐ 535 Death Penalty

**Other:**
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee - Conditions of Confinement

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC §§ 1332, 1441 and 1446

Brief description of cause:
Breach of contract related to an equipment auction.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, Fed. R. Civ. P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

3/28/17

James E. Fleenor Jr.

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **TRANSAMERICAN EQUIPMENT** | ) | |
| **COMPANY, LLC** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. _____** |
| | ) | |
| **INDUSTRIAL ASSETS CORP.,** | ) | |
| **MAYNARDS INDUSTRIES USA LLC,** | ) | |
| **and UTICA LEASECO, LLC** | ) | |
| **Defendants.** | ) | |

## NOTICE OF REMOVAL

Come now the Defendants, Industrial Assets Corp. ("IAC"), Maynards Industries USA LLC ("Maynards") and Utica Leaseco LLC ("Utica") and pursuant to the provisions of 28 U.S.C. §§ 1332, 1441, and 1446, hereby give notice of their removal of this action from the Circuit Court of Tuscaloosa County, Alabama, Case Number CV 2017-900196, to the United States District Court for the Northern District of Alabama, Western Division.  The grounds for this removal are as follows:

1.      Plaintiff served the Summons and Complaint in the above referenced action to Maynards February 27, 2017, to IAC February 28, 2017, and to Utica March 7, 2017.   The Complaint contains allegations of fraudulent suppression, fraud, conspiracy, breach of contract, violations of the North Carolina Deceptive Trade Practices Act and violations of the North Carolina Auctioneer Statute related to a December 1, 2016 equipment auction that was held in Enka, North Carolina.  Plaintiff purchased equipment constituting the Basofil production line at the auction.  The complaint alleges that Maynards was the auctioneer, Utica was the seller, and IAC acted in concert with Utica to sell equipment and collect funds from Plaintiff.  (In fact, IAC was

working together with Maynards as the auctioneer on behalf of Utica).  The Complaint further alleges that the price of the equipment was artificially inflated as a result of bidding that was done on behalf of Utica.  Plaintiff contends that it is entitled to damages including, but not limited to, the difference in the amount of the bid price for the equipment and the last bid price for which bidding by Utica was not involved, punitive damages, legal fees, and other costs.

2.      Plaintiff made an initial bid of $150,000 at the auction.  Utica then bid $152,500.  After a series of bids, Plaintiff ultimately placed a winning bid of $265,000.  Exhibit 1, Affidavit of Steven R. Mattes.[1]  Under Plaintiff's theory of damages, it would be entitled to recover $115,000 in compensatory damages, plus punitive damages and attorneys' fees.  Thus, the $75,000 amount in controversy requirement of 28 U.S.C. §1332 is satisfied.

3.      Plaintiff and Defendants are citizens of different states and no defendant is a citizen of Alabama.  Maynards is a Delaware limited liability company with its principal place of business in Michigan.  Utica is a Florida limited liability company with its principal place of business in Michigan.  IAC is a California business corporation with its principal place of business in California.  Plaintiff is an Alabama Limited Liability Company with its principal place of business in Alabama.  Therefore, diversity of citizenship requirement of 28 U.S.C. §1332 is satisfied.

4.      Copies of the Complaint and the Summons and all other pleadings, process and orders served upon Defendants are attached as Exhibit 2 hereto.

5.      Contemporaneous with the filing of this Notice, Defendants are providing Notice to the State Court of the removal of this action.

---

[1] The undersigned certifies that he will maintain the original of the Affidavit of Steven R. Mattes.

WHEREFORE, Defendants request that this Court take jurisdiction over this cause, issue all necessary orders and judgments, and for such further relief as may be appropriate.

/s/ James E. Fleenor, Jr.
Attorney for Defendants Industrial Assets Corp., Maynards Industries USA LLC, and Utica Leaseco LLC

**OF COUNSEL:**

James E. Fleenor, Jr.
Wilson F. Green
**Fleenor & Green LLP**
1657 McFarland Blvd.N
Suite G2A
Tuscaloosa, Alabama 35406
(205) 722-1017 (Fleenor)
(205)722-1018 (Green)
jfleenor@fleenorgreen.com
wgreen@fleenorgreen.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following via e-mail on the date of filing:

Mr. James S. Ward
Ward & Wilson, LLC
2100A Southbridge Parkway
Suite 580
Birmingham, Alabama 35209
jward@wardwilsonlaw.com

s/ James E. Fleenor, Jr.
Of Counsel

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

TRANSAMERICAN EQUIPMENT    )
COMPANY, LLC    )
    )
    Plaintiff,    )
    )
    )
v.    )    Case No. _____
    )
INDUSTRIAL ASSETS CORP.,    )
MAYNARDS INDUSTRIES USA LLC,    )
and UTICA LEASECO, LLC    )
    Defendants.    )

## AFFIDAVIT OF STEVEN R. MATTES

STATE OF CALIFORNIA    )
LOS ANGELES COUNTY    )

BEFORE ME, the undersigned Notary Public in and for said State and County, personally appeared (name of affiant), who upon being sworn and identified to me, stated as follows:

1.    My name is Steven R. Mattes. I am over the age of 19 years and have personal knowledge of the facts and matters set forth herein.

2.    I am the Chief Executive Officer at Industrial Assets Corp. I have held that position since 1991. As Chief Executive Officer, I oversee all operations of the company.

3.    I have reviewed the Complaint in this case and I am familiar with the December 1, 2016 auction (the "Auction") referenced in the Complaint.

4.    Attached as Exhibit A to this affidavit is an accurate copy of the bid history of the Auction. The bid history was obtained from Industrial Asset Corp.'s online bidding software platform that monitors and records bidding activity at auctions managed by Industrial Asset Corp., like the one on December 1, 2016 referenced in the Complaint. The bid history is maintained in the regular course of Industrial Asset Corp's business.

1

5.     The bid history demonstrates that Luther Pate, Plaintiff's representative, made an initial bid of $150,000 at the Auction. A representative of Industrial Asset Corp., then bid $152,000. After a series of additional bids, Mr. Pate ultimately made the winning bid of $265,000.


_____
Steven R. Mattes

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _LOS Angeles_

Subscribed and sworn to (or affirmed) before me on this ___27___ day of _MARCH_____, 20_17_, by _STEVEN R MATTES_

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

ESTHER CAMPOY
COMM. # 2022827
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. MAY 2 2017

(Seal)                                    Signature _____

# EXHIBIT A

Bidup Auctions Worldwide, Inc./Majestris Industries.

**Basofil Fiber**

01 Dec - 06DEC01183 | Live Auction

Knowledge Base | Settings | Shaun Gaffney ▾

Home

## Lot 1

Auction Details
Lots
Bidders
Autobids
Transactions

Show Leaf Page

Need help?

Showing 1 to 49 of 49 records

First | Previous | 1 | Next | Last

| Reference | Paddle Number | Bidder Name | Price | Date/Time | Platform Name |
|---|---|---|---|---|---|
| | | | | | All |
| B5C494586 | 5048 | Luther Pate | 150,000 USD | Dec 01, 2016 6:31:08pm EST (3:31:08pm PST) | bidupotos1.com |
| B5C521763 | 5035 | Mia Vorburger | 152,500 USD | Dec 01, 2016 6:32pm EST (3:31:32pm PST) | bidupotos1.com |
| B5C494586 | 5048 | Luther Pate | 165,000 USD | Dec 01, 2016 6:31:34pm EST (3:31:34pm PST) | bidupotos1.com |
| B5C521763 | 5035 | Mia Vorburger | 157,500 USD | Dec 01, 2016 6:31:37pm EST (3:31:37pm PST) | bidupotos1.com |
| B5C494586 | 5040 | Luther Pate | 160,000 USD | Dec 01, 2016 6:31:44pm EST (3:31:44pm PST) | bidupotos1.com |
| B5C521763 | 5035 | Mia Vorburger | 162,500 USD | Dec 01, 2016 6:31:46pm EST (3:31:46pm PST) | bidupotos1.com |
| B5C494586 | 5048 | Luther Pate | 165,000 USD | Dec 01, 2016 6:31:48pm EST (3:31:48pm PST) | bidupotos1.com |
| B5C521763 | 5035 | Mia Vorburger | 167,500 USD | Dec 01, 2016 6:31:50pm EST (3:31:50pm PST) | bidupotos1.com |
| B5C494586 | 5048 | Luther Pate | 170,000 USD | Dec 01, 2016 6:31:51pm EST (3:31:51pm PST) | bidupotos1.com |
| B5C521763 | 5035 | Mia Vorburger | 172,500 USD | Dec 01, 2016 6:31:53pm EST (3:31:53pm PST) | bidupotos1.com |
| B5C494586 | 5048 | Luther Pate | 175,000 USD | Dec 01, 2016 6:31:56pm EST (3:31:56pm PST) | bidupotos1.com |
| B5C521763 | 5035 | Mia Vorburger | 177,500 USD | Dec 01, 2016 6:32:03pm EST (3:32:03pm PST) | bidupotos1.com |
| B5C494586 | 5048 | Luther Pate | 180,000 USD | Dec 01, 2016 6:32:04pm EST (3:32:04pm PST) | bidupotos1.com |
| B5C521763 | 5035 | Mia Vorburger | 182,500 USD | Dec 01, 2016 6:32:06pm EST (3:32:06pm PST) | bidupotos1.com |
| B5C494586 | 5048 | Luther Pate | 185,000 USD | Dec 01, 2016 6:32:08pm EST (3:32:08pm PST) | bidupotos1.com |
| B5C521763 | 5035 | Mia Vorburger | 187,500 USD | Dec 01, 2016 6:32:12pm EST | bidupotos1.com |

| Website | Date/Time | Amount | Bidder | Number | ID |
|---|---|---|---|---|---|
| bidspotter.com | Dec 01, 2016 6:31:14pm EST (3:31:14pm PST) | 190,010 USD | Luther Pote | 6048 | BSGC494586 |
| bidspotter.com | Dec 01, 2016 6:31:16pm EST (3:31:16pm PST) | 192,540 USD | Mia Vorburger | 6035 | BSC521763 |
| bidspotter.com | Dec 01, 2016 6:31:16pm EST (3:31:16pm PST) | 195,010 USD | Luther Pote | 6048 | BSGC494586 |
| bidspotter.com | Dec 01, 2016 6:31:19pm EST (3:31:19pm PST) | 197,540 USD | Mia Vorburger | 6035 | BSC521763 |
| bidspotter.com | Dec 01, 2016 6:31:25pm EST (3:31:25pm PST) | 200,010 USD | Luther Pote | 6048 | BSGC494586 |
| bidspotter.com | Dec 01, 2016 6:31:37pm EST (3:31:37pm PST) | 202,540 USD | Mia Vorburger | 6035 | BSC521763 |
| bidspotter.com | Dec 01, 2016 6:31:40pm EST (3:31:40pm PST) | 205,010 USD | Luther Pote | 6048 | BSGC494586 |
| bidspotter.com | Dec 01, 2016 6:31:42pm EST (3:31:42pm PST) | 207,540 USD | Mia Vorburger | 6035 | BSC521763 |
| bidspotter.com | Dec 01, 2016 6:31:43pm EST (3:31:43pm PST) | 210,010 USD | Luther Pote | 6048 | BSGC494586 |
| bidspotter.com | Dec 01, 2016 6:31:45pm EST (3:31:45pm PST) | 212,540 USD | Mia Vorburger | 6035 | BSC521763 |
| bidspotter.com | Dec 01, 2016 6:31:47pm EST (3:31:47pm PST) | 215,010 USD | Luther Pote | 6048 | BSGC494586 |
| bidspotter.com | Dec 01, 2016 6:31:49pm EST (3:31:49pm PST) | 217,540 USD | Mia Vorburger | 6035 | BSC521763 |
| bidspotter.com | Dec 01, 2016 6:31:51pm EST (3:31:51pm PST) | 220,010 USD | Luther Pote | 6048 | BSGC494586 |
| bidspotter.com | Dec 01, 2016 6:31:53pm EST (3:31:53pm PST) | 222,540 USD | Mia Vorburger | 6035 | BSC521763 |
| bidspotter.com | Dec 01, 2016 6:31:54pm EST (3:31:54pm PST) | 225,010 USD | Luther Pote | 6048 | BSGC494586 |
| bidspotter.com | Dec 01, 2016 6:31:55pm EST (3:31:55pm PST) | 227,540 USD | Mia Vorburger | 6035 | BSC521763 |
| bidspotter.com | Dec 01, 2016 6:31:56pm EST (3:31:56pm PST) | 230,010 USD | Luther Pote | 6048 | BSGC494586 |
| bidspatter.com | Dec 01, 2016 6:33:11pm EST (3:33:11pm PST) | 232,500 USD | Mia Vorburger | 6035 | BSC521763 |
| bidspatter.com | Dec 01, 2016 6:33:14pm EST (3:33:14pm PST) | 235,000 USD | Luther Pote | 6048 | BSGC494586 |
| bargainet.com | Dec 01, 2016 6:33:15pm EST (3:33:15pm PST) | 237,500 USD | Mia Vorburger | 6035 | BSC521763 |
| bidspatter.com | Dec 01, 2016 6:33:25pm EST (3:33:25pm PST) | 240,000 USD | Luther Pote | 6048 | BSGC494586 |

| | | | | | |
|---|---|---|---|---|---|
| BSC527763 | 5035 | Mia Vorburger | 242,500 USD | Dec 01, 2016 6:33:28pm EST (3:33:28pm PST) | bidspotter.com |
| BSC494586 | 5048 | Luther Pate | 245,000 USD | Dec 01, 2016 6:33:29pm EST (3:33:29pm PST) | bidspotter.com |
| BSC527763 | 5035 | Mia Vorburger | 247,500 USD | Dec 01, 2016 6:33:32pm EST (3:33:32pm PST) | bidspotter.com |
| BSC494586 | 5048 | Luther Pate | 250,000 USD | Dec 01, 2016 6:33:34pm EST (3:33:34pm PST) | bidspotter.com |
| BSC527763 | 5035 | Mia Vorburger | 252,500 USD | Dec 01, 2016 6:33:37pm EST (3:33:37pm PST) | bidspotter.com |
| BSC494586 | 5048 | Luther Pate | 255,000 USD | Dec 01, 2016 6:33:38pm EST (3:33:38pm PST) | bidspotter.com |
| BSC527763 | 5035 | Mia Vorburger | 257,500 USD | Dec 01, 2016 6:33:40pm EST (3:33:40pm PST) | bidspotter.com |
| | . | Room | 260,000 USD | Dec 01, 2016 6:33:41pm EST (3:33:41pm PST) | |
| BSC494586 | 5048 | Luther Pate | 260,000 USD | Dec 01, 2016 6:33:41pm EST (3:33:41pm PST) | bidspotter.com |
| BSC1040069 | 5033 | Shawn Gaffney | 262,500 USD | Dec 01, 2016 6:33:41pm EST (3:33:41pm PST) | bidspotter.com |
| BSC494586 | 5048 | Luther Pate | 266,000 USD | Dec 01, 2016 6:34:04pm EST (3:34:04pm PST) | bidspotter.com |

Showing 1 to 48 of 48 records

First  Previous  1  Next  Last

atgmedia

xess Ltd, (t/a ATG Media) 2016

# EXHIBIT 2

ELECTRONICALLY FILED
2/17/2017 4:07 PM
63-CV-2017-900196.00
CIRCUIT COURT OF
TUSCALOOSA COUNTY, ALABAMA
MAGARIA HAMNER BOBO, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Cas<br>63<br><br>Date of Filing:   Judge Code:<br>02/17/2017 |
|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA
### TRANSAMERICAN EQUIPMENT COMPANY, LLC v. INDUSTRIAL ASSETS CORP. ET AL

**First Plaintiff:** ☑ Business   ☐ Individual       **First Defendant:** ☑ Business   ☐ Individual
☐ Government   ☐ Other                           ☐ Government   ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:_____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS  (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☑ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/<br>Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:   F** ☑ **INITIAL FILING**       **A** ☐ **APPEAL FROM**       **O** ☐ **OTHER**
                                         **DISTRICT COURT**

          **R** ☐ **REMANDED**       **T** ☐ **TRANSFERRED FROM**
                                      **OTHER CIRCUIT COURT**

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO      **Note:** Checking "Yes" does not constitute a demand for a
                                                    jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**       ☑ **MONETARY AWARD REQUESTED** ☐ **NO MONETARY AWARD REQUESTED**

**ATTORNEY CODE:**

   WAR006              2/17/2017 4:07:40 PM              /s/ JAMES S. WARD
_____          _____          _____
                              Date                         Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**       ☐ YES ☑ NO ☐ UNDECIDED

(N-17-0100196 MBA SUMMONS

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Industrial Assets Corp.

14210 Ventura Blvd, 204 FL

Studio City CA 91604

9590 9402 2302 6225 0712 04

2. Article Number (Transfer from service label)

7016 0600 0001 0826 1697

PS Form 3811

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X [signature]

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

2/27

STUDIO CITY STATION
FEB 23 2017
STUDIO CITY

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Mail Restricted Delivery
   (00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

USPS TRACKING #

9590 9402 2302 6225 0712 04

United States
Postal Service

MAR 10

Addressee Please print your name, address, and ZIP+4® in this box•

MAGARIA H. BOBO
CIRCUIT CLERK
714 GREENSBORO AVE. ROOM 214
TUSCALOOSA, AL 35401

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10



AlaFile E-Notice

63-CV-2017-900196.00

Judge: M. BRADLEY ALMOND

To: WARD JAMES STEVEN
jward@wardwilsonlaw.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

TRANSAMERICAN EQUIPMENT COMPANY, LLC V. INDUSTRIAL ASSETS CORP. ET AL
63-CV-2017-900196.00

The following matter was served on 2/28/2017

**D001 INDUSTRIAL ASSETS CORP.**

**Corresponding To**

CERTIFIED MAIL

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov

ELECTRONICALLY FILED
3/17/2017 4:07 PM
63-CV-2017-900196.00
CIRCUIT COURT OF
TUSCALOOSA COUNTY, ALABAMA
MAGARIA HAMNER BOBO, CLERK

# IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

| | | |
|---|---|---|
| **Transamerican Equipment** | ) | |
| **Company, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No:** |
| | ) | |
| **Industrial Assets Corp.,** | ) | |
| **Maynards Industries USA LLC, and** | ) | |
| **Utica Leaseco, LLC,** | ) | |
| | ) | |
| **Defendants** | ) | |

## COMPLAINT

**COMES NOW**, Transamerican Equipment Company, LLC ("Plaintiff") and for its Complaint against Defendants states as follows:

### THE PARTIES, JURISDICTION, AND VENUE

1.      Plaintiff is a Limited Liability Company organized and existing under the laws of the State of Alabama with its principal place of business in Tuscaloosa County, Alabama.

2.      Upon information and belief, Industrial Assets Corp. is a California business corporation with its principal place of business in California ("IAC").

3.      Upon information and belief, Maynards Industries USA LLC is a Delaware limited liability company with its principal place of business in Delaware ("Maynards").

4.      Upon information and belief, Utica Leaseco, LLC is a Michigan Limited Liability company with its principal place of business in Michigan ("Utica," together with IAC and Maynards, the "Defendants").

5.      This Court has jurisdiction over this matter, and venue is proper in Tuscaloosa County, Alabama.

## THE FACTS

6.     On December 1, 2016, an auction was held to sell equipment constituting the Basofil production line (the "Goods") located in Enka, North Carolina (the "Auction").

7.     Maynards was the auctioneer of the Auction.

8.     Utica was the seller and owner of the Goods.

9.     Upon information and belief, IAC was acting in concert with Utica in the sale of the Goods and the collection of purchase funds from Plaintiff.

10.    The Goods were sold by their owner and not by a creditor in a forced sale.

11.    The Auction was governed solely by the terms and conditions set forth at the URL: https://www.bidspotter.com/en-us/auction-catalogues/www-maynards-com/catalogue-id-biditu10119/terms-and-conditions#terms (the "Terms").

12.    Bidders at the Auction were able to access the Auction through a variety of bidding platforms, including Biditup and Bidspotter.

13.    Plaintiff accessed and bid in the Auction through the Bidspotter platform from its office in Tuscaloosa, Alabama. Defendants purposely availed themselves of buyers in Alabama, including Plaintiff, by advertising the Auction in Alabama, making the Auction available to Plaintiff in Alabama, and directing correspondence regarding the Auction and the Goods to Plaintiff in Alabama.

14.    The only contractual terms that Plaintiff agreed to in connection with the auction were the Terms, Bidspotters' website Terms and Conditions set forth at: https://www.bidspotter.com/en-us/about-us/legal/website-terms-and-conditions (the "Bidspotter T&C"), and Bidspotter's Bidder Terms and Conditions set forth at: https://www.bidspotter.com/en-us/about-us/legal/bidder-terms-and-conditions (the "Bidspotter Bidder Terms").

15.     The Auction was advertised in a brochure published at: http://www.biditup.com/db-files/1478020338-339133.pdf (the "Brochure").

16.     During the Auction, Plaintiff's agents noticed irregular activity in the bidding process. Specifically, it appeared as though the owner of the Goods might be secretly bidding to push up their price.

17.     Plaintiff never agreed to or was aware of any terms from Maynards other than the Terms and those set forth in the Brochure. Neither the Brochure nor any of the terms applicable to the Auction disclosed that the Auction had a reserve.

18.     Plaintiff never agreed to or was aware of any contractual terms from Biditup.com or any other source other than the Terms, the Brochure, the Bidspotter T&C, and the Bidspotter Bidder Terms.

19.     In the week after the Auction, Plaintiff contacted Maynards to facilitate payment and a schedule for removal of the Goods. Plaintiff also expressed concern to Maynards that removing the Goods could trigger a release of environmental contaminants, and requested cooperation in removal to remedy that concern.

20.     Beginning on December 8, 2016, Maynards, Utica, and IAC began sending fraudulent correspondence to Plaintiff asserting that Plaintiff had agreed to onerous terms and conditions that Plaintiff had never seen or agreed to. Maynards, Utica, and IAC began threatening litigation by consent judgment (a term Plaintiff never agreed to) to be filed in Burbank, California if Plaintiff did not immediately pay for the winning bid plus commission from the Auction and agree to an unrealistic removal schedule.

21.     After weeks of negotiation and renewed threats of litigation, Maynards and Utica finally agreed to provide access to the Goods and a somewhat reasonable removal schedule and

cooperate in addressing environmental concerns. While discussing these matters, Maynards admitted to having entered shill bids on behalf of Utica in order to drive up the price of the Goods without disclosing the same to bidders at the Auction.

26.    Despite the unlawful shill bidding by Maynards that artificially inflated the price of the Goods, Plaintiff closed the purchase of the Goods by wiring funds to Maynards on February 10, 2017 under persistent threats of litigation by Defendants.

## COUNT ONE – FRAUDULENT SUPPRESSION

27.    Plaintiff realleges the foregoing allegations as if fully restated herein.

28.    Based on the facts and circumstances of this particular case, the trust and reliance Plaintiff had to repose on Maynards and Utica, and the superior and virtually exclusive knowledge of Maynards and Utica, and the fact that a reserve was never disclosed in connection with the Auction; Maynards and Utica had a duty to disclose to Plaintiff their true intent to bid up the price of the Goods at the Auction to artificially increase the final price Plaintiff had to pay.

29.    Maynards and Utica suppressed and failed to disclose these facts and intentions.

30.    Without the benefit of the suppressed information, the Plaintiff reasonably acted to its detriment by bidding at the Auction and contractually obligating itself.

31.    Plaintiff has suffered damages as a result of Maynards' and Utica's actions, including but not limited to, the difference in the amount of the bid price for the Goods and the last bid price for which shill bidding was not involved, legal fees, and other costs.

WHEREFORE, Plaintiff demands judgment against Maynards and Utica for actual damages, punitive damages, costs, interest, and such other relief as this court deems just and proper.

## COUNT TWO –FRAUD AND FRAUDULENT INDUCEMENT

32.     Plaintiff realleges the foregoing allegations as if fully restated herein.

33.     Maynards, Utica, and IAC did not advertise the Auction as having a reserve, but planned to use false bidders to drive up the cost of the Goods.

34.     Maynards, Utica, and IAC advertised the Auction as not having a reserve in order to induce prospective bidders. This no-reserve advertising was false; and intentionally, recklessly, or negligently made.

35.     IAC in concert with Utica represented to Plaintiff that certain terms governed the Auction, such as a  "consent judgment" provision with venue in Burbank, California, in order to coerce Plaintiff into closing a transaction that involved fraudulent bidding.

36.     Plaintiff reasonably relied upon Maynards, Utica, and IAC's advertising and representations.

36.     Maynards, Utica, and IAC knew or should have known that the Auction was going to utilize secret and false bidders to drive up the price of the Goods, and that certain auction terms including a "consent judgment" provision did not exist.

37.     Plaintiff has been damaged by Defendants' advertising and representations.

WHEREFORE, Plaintiff demands judgment against Maynards, IAC, and Utica for actual damages, punitive damages, costs, interest, and such other relief as this court deems just and proper.

## COUNT THREE – CONSPIRACY

38.     Plaintiff realleges the foregoing allegations as if fully restated herein.

39.     Defendants acted in concert to accomplish the tortious and unlawful aims set forth herein.

WHEREFORE, Plaintiff demands judgment against Maynards, IAC, and Utica for damages, costs, interest, and such other relief as this court deems just and proper.

### COUNT FOUR – VIOLATION OF NORTH CAROLINA AUCTIONEER STATUTE

40.     Plaintiff realleges the foregoing allegations as if fully restated herein.

41.     Chapter 85B, Section 8 of the North Carolina General Statutes prohibits certain acts, making the commission of each a crime: "(4) Any false, misleading, or untruthful advertising. (5) Any act of conduct in connection with a sales transaction which demonstrates bad faith or dishonesty. (6) Knowingly using false bidders, cappers or pullers, or knowingly making a material false statement or representation."

42.     Maynard conducted the Auction unlawfully at Utica's direction by: (a) making false statements regarding the absence of a reserve, (b) conducting the sale in bad faith by insisting on an unachievable removal schedule, (c) asserting that inapplicable terms applied to the sale of the Goods, (d) using false bidders to bid up the cost of the Goods, and (e) failing to disclose the use of false bidders bidding on behalf of Utica to drive up the cost of the Goods.

43.     Chapter 85B, Section 8 of the North Carolina General Statutes supply a standard of care that Defendants violated.

44.     Plaintiff has been damaged by Defendants' violations, which were the proximate cause of Plaintiff's damages.

WHEREFORE, Plaintiff demands judgment against Maynards for damages, costs, interest, and such other relief as this court deems just and proper.

### COUNT SIX – BREACH OF CONTRACT

45.     Plaintiff realleges the foregoing allegations as if fully restated herein.

46.     Plaintiff and Maynards entered into a contract whereby Maynards was to conduct an auction for the sale of the Goods according to reasonable commercial standards.

47.     Plaintiff has performed all of its obligations under the contract.

48.     Maynards breached the contract by conducting the Auction with false bidders acting on behalf of Utica.

49.     Plaintiff was damaged as a result of said breach.

WHEREFORE, Plaintiff demands judgment against Maynards for damages, costs, and such other relief as this court deems just.

## COUNT SEVEN – VIOLATION OF NORTH CAROLINA

## DECEPTIVE TRADE PRACTICES ACT

50.     Plaintiff realleges the foregoing allegations as if fully restated herein.

51.     Defendants' concerted activity of using false bidders to drive up the price of the Goods at the Auction is an unfair and/or deceptive trade practice pursuant to North Carolina Generate Statute § 75-1.1.

52.     Defendants' actions in using false bidders to artificially drive up the price of the Goods at the Auction affected commerce.

53.     Plaintiff has been damaged by Defendants' concerted actions.

WHEREFORE, Plaintiff demands judgment against Maynards, IAC, and Utica for damages including statutory and punitive damages, costs, attorneys' fees, and such other relief as this court deems just.

Respectfully submitted,

/s James S. Ward
JAMES S. WARD (WAR006)
Attorney for Transamerican Equipment Company, LLC

7

**OF COUNSEL:**
James S. Ward
WARD & WILSON, L.L.C.
2100A Southbridge Parkway
Suite 580
Birmingham, Alabama 35209
Tel:    205/871-5404
Fax:    205/871-5758
jward@wardwilsonlaw.com


**DEFENDANTS TO BE SERVED VIA CERTIFIED MAIL**

Industrial Assets Corp.
11426 VENTURA BLVD 2ND FLR
STUDIO CITY CA 91604

Maynards Industries USA LLC
Corporation Trust Center
1209 Orange Street
Wilmington, DE, 19801

Utica Leaseco, LLC
44225 UTICA RD
UTICA, MI 48317



AlaFile E-Notice

63-CV-2017-900196.00

To:   JAMES S. WARD
      jward@wardwilsonlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

TRANSAMERICAN EQUIPMENT COMPANY, LLC V. INDUSTRIAL ASSETS CORP. ET AL
63-CV-2017-900196.00

The following complaint was FILED on 2/17/2017 4:07:48 PM

Notice Date:      2/17/2017 4:07:48 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2017-900196.00

To:  INDUSTRIAL ASSETS CORP.
11426 VENTURA BLVD 2ND FL
STUDIO CITY, CA, 91604

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

TRANSAMERICAN EQUIPMENT COMPANY, LLC V. INDUSTRIAL ASSETS CORP. ET AL
63-CV-2017-900196.00

The following complaint was FILED on 2/17/2017 4:07:48 PM

Notice Date:      2/17/2017 4:07:48 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2017-900196.00

To:  MAYNARDS INDUSTRIES USA LLC
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE, 19801

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

TRANSAMERICAN EQUIPMENT COMPANY, LLC V. INDUSTRIAL ASSETS CORP. ET AL
63-CV-2017-900196.00

The following complaint was FILED on 2/17/2017 4:07:48 PM

Notice Date:      2/17/2017 4:07:48 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2017-900196.00

To:  UTICA LEASECO, LLC
     44225 UTICA RD
     UTICA, MI, 48317

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

TRANSAMERICAN EQUIPMENT COMPANY, LLC V. INDUSTRIAL ASSETS CORP. ET AL
63-CV-2017-900196.00

The following complaint was FILED on 2/17/2017 4:07:48 PM

Notice Date:     2/17/2017 4:07:48 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>63-CV-2017-900196.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY

#### TRANSAMERICAN EQUIPMENT COMPANY, LLC V. INDUSTRIAL ASSETS CORP. ET AL

INDUSTRIAL ASSETS CORP., 11426 VENTURA BLVD 2ND FL, STUDIO CITY, CA 91604

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JAMES S. WARD _____

WHOSE ADDRESS IS 2100 SOUTHBRIDGE PARKWAY, SUITE 580, BIRMINGHAM, AL 35209 _____

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of     TRANSAMERICAN EQUIPMENT
pursuant to the Alabama Rules of the Civil Procedure     COMPANY, LLC

Date   2/17/2017 4:07:48 PM   /s/ MAGARIA HAMNER BOBO _____

Clerk/Register

714 GREENSBORO AVENUE

TUSCALOOSA, AL 35401

☑ Certified Mail is hereby requested     /s/ JAMES S. WARD _____

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____
(Date)

_____        _____        _____
Date                             Server's Signature                    Address of Server

_____        _____        _____
Type of Server                   Server's Printed Name
                                                                       _____
                                                                       Phone Number of Server

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>63-CV-2017-900196.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY

### TRANSAMERICAN EQUIPMENT COMPANY, LLC V. INDUSTRIAL ASSETS CORP. ET AL

NOTICE TO  MAYNARDS INDUSTRIES USA LLC, CORPORATION TRUST CENTER 1209 ORANGE STREET, WILMINGTON, DE 19801

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JAMES S. WARD

WHOSE ADDRESS IS 2100 SOUTHBRIDGE PARKWAY, SUITE 580, BIRMINGHAM, AL 35209

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of     TRANSAMERICAN EQUIPMENT
   pursuant to the Alabama Rules of the Civil Procedure                                 COMPANY, LLC

Date  2/17/2017 4:07:48 PM          /s/ MAGARIA HAMNER BOBO

                                    Clerk/Register

                                    714 GREENSBORO AVENUE

                                    TUSCALOOSA, AL 35401

☑ Certified Mail is hereby requested       /s/ JAMES S. WARD

                                           Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on

☐ I certify that I personally delivered a copy of the Summons and Complaint to

_____ in _____ County, Alabama on _____
                                                                                   (Date)

_____                _____              _____
Date                                   Server's Signature                    Address of Server

_____                _____              _____
Type of Server                         Server's Printed Name                 _____
                                                                             Phone Number of Server

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>63-CV-2017-900196.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY

#### TRANSAMERICAN EQUIPMENT COMPANY, LLC V. INDUSTRIAL ASSETS CORP. ET AL

UTICA LEASECO, LLC, 44225 UTICA RD, UTICA, MI 48317

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JAMES S. WARD

WHOSE ADDRESS IS 2100 SOUTHBRIDGE PARKWAY, SUITE 580, BIRMINGHAM, AL 35209

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of pursuant to the Alabama Rules of the Civil Procedure

TRANSAMERICAN EQUIPMENT COMPANY, LLC

Date   2/17/2017 4:07:48 PM          /s/ MAGARIA HAMNER BOBO

Clerk/Register

714 GREENSBORO AVENUE

TUSCALOOSA, AL 35401

☑ Certified Mail is hereby requested          /s/ JAMES S. WARD

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

(Date)

_____          _____          _____
Date          Server's Signature          Address of Server

_____          _____          _____
Type of Server          Server's Printed Name

_____
Phone Number of Server

*MBA*

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>63-CV-2017-900196.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY

### TRANSAMERICAN EQUIPMENT COMPANY, LLC V. INDUSTRIAL ASSETS CORP. ET AL

NOTICE TO   UTICA LEASECO, LLC, 44225 UTICA RD, UTICA, MI 48317

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JAMES S. WARD

WHOSE ADDRESS IS 2100 SOUTHBRIDGE PARKWAY, SUITE 580, BIRMINGHAM, AL 35209

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   TRANSAMERICAN EQUIPMENT COMPANY, LLC
pursuant to the Alabama Rules of the Civil Procedure

Date   2/17/2017 4:07:48 PM   /s/ MAGARIA HAMNER BOBO

Clerk/Register

714 GREENSBORO AVENUE
TUSCALOOSA, AL 35401

☑ Certified Mail is hereby requested   /s/ JAMES S. WARD
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on

☐ I certify that I personally delivered a copy of the Summons and Compl

_____ in _____

Date                                    Server's Signature

Type of Server                          Server's Printed Name

Phone Number of Server

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)            $ _____
☐ Return Receipt (electronic)          $ _____
☐ Certified Mail Restricted Delivery   $ _____
☐ Adult Signature Required             $ _____
☐ Adult Signature Restricted Delivery  $ _____
Postage
$   1.98
Total Postage and Fees
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

Postmark
Here

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

### 63-CV-2017-900196.00
### TRANSAMERICAN EQUIPMENT COMPANY, LLC V. INDUSTRIAL ASSETS CORP. ET AL

C001 - TRANSAMERICAN EQUIPMENT COMPANY, LLC   v.   D003 - UTICA LEASECO, LLC

Plaintiff                                                    Defendant

## SERVICE RETURN

| State of Alabama | **SUMMONS** | Case Number: |
| Unified Judicial System | - CIVIL - | **63-CV-2017-900196.00** |
| Form C-34   Rev 6/88 | | *MBA* |

## IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY

### TRANSAMERICAN EQUIPMENT COMPANY, LLC V. INDUSTRIAL ASSETS CORP. ET AL

NOTICE TO  MAYNARDS INDUSTRIES USA LLC, CORPORATION TRUST CENTER 1209 ORANGE STREET, WILMINGTON, DE 19801

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JAMES S. WARD

WHOSE ADDRESS IS 2100 SOUTHBRIDGE PARKWAY, SUITE 580, BIRMINGHAM, AL 35209

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    TRANSAMERICAN EQUIPMENT
   pursuant to the Alabama Rules of the Civil Procedure    COMPANY, LLC

Date   2/17/2017 4:07:48 PM    /s/ MAGARIA HAMNER BOBO

Clerk/Register

714 GREENSBORO AVENUE

TUSCALOOSA, AL 35401

☑ Certified Mail is hereby requested    /s/ JAMES S. WARD

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on

☐ I certify that I personally delivered a copy of the Summons and Complaint

_____ in _____

Date

Server's Signature

Type of Server    Server's Printed Name

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery $
         Postmark Here
Postage
$ 0.98
Total Postage and Fees
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

Phone Number of Server

### 63-CV-2017-900196.00

### TRANSAMERICAN EQUIPMENT COMPANY, LLC V. INDUSTRIAL ASSETS CORP. ET AL

| C001 - TRANSAMERICAN EQUIPMENT COMPANY, LLC | v. | D002 - MAYNARDS INDUSTRIES USA LLC |
| Plaintiff | | Defendant |

## SERVICE RETURN

MBA

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>63-CV-2017-900196.00 |
|---|---|---|

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY

TRANSAMERICAN EQUIPMENT COMPANY, LLC V. INDUSTRIAL ASSETS CORP. ET AL

INDUSTRIAL ASSETS CORP., 11426 VENTURA BLVD 2ND FL, STUDIO CITY, CA 91604

**NOTICE TO** _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JAMES S. WARD

WHOSE ADDRESS IS 2100 SOUTHBRIDGE PARKWAY, SUITE 580, BIRMINGHAM, AL 35209

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of     TRANSAMERICAN EQUIPMENT COMPANY, LLC
pursuant to the Alabama Rules of the Civil Procedure

Date   2/17/2017 4:07:48 PM      /s/ MAGARIA HAMNER BOBO
                                  Clerk/Register
                                  714 GREENSBORO AVENUE
                                  TUSCALOOSA, AL 35401

☑ Certified Mail is hereby requested      /s/ JAMES S. WARD
                                          Plaintiff's/Attorney's Signatu

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on

☐ I certify that I personally delivered a copy of the Summons and Compl

_____ in _____

_____          _____
Date                              Server's Signature

_____          _____
Type of Server                    Server's Printed Name

                                  _____
                                  Phone Number of Server

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| Certified Mail Fee | |
|---|---|
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ _____ |
| ☐ Return Receipt (electronic) | $ _____ |
| ☐ Certified Mail Restricted Delivery | $ _____ |
| ☐ Adult Signature Required | $ _____ |
| ☐ Adult Signature Restricted Delivery | $ _____ |

Postmark Here

Postage
$ 6.95

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7016 0910 0000 0826 1697

63-CV-2017-900196.00

TRANSAMERICAN EQUIPMENT COMPANY, LLC V. INDUSTRIAL ASSETS CORP. ET AL

C001 - TRANSAMERICAN EQUIPMENT COMPANY, LLC        v.    D001 - INDUSTRIAL ASSETS CORP.

Plaintiff                                                Defendant



SERVICE RETURN

# SENDER: *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Maynards Industries USA LLC

Corporation Trust Center

1209 Orange St.

Wilmington DE 19801

9590 9402 2302 6225 0711 98

2. Article Number *(Transfer from service label)*

7016 0600 0001 0826 1680

## *COMPLETE THIS SECTION ON DELIVERY*

A. Signature

x *Amy McLaren*  ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*  | C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

NIAGARA N 0290
CIRCUIT COURT

RECEIVED FEB 27 2017

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

**USPS TRACKING #**



9590 9402 2302 6225 0711 98

First-Class Mail
Postage & Fees Paid
USPS

Permit No. G-10

**United States
Postal Service**

* Sender: Please print your name, address, and ZIP+4® in this box*

MAGARIA H. BOBO
CIRCUIT CLERK
714 GREENSBORO AVE. ROOM 214
TUSCALOOSA, AL  35401



AlaFile E-Notice

63-CV-2017-900196.00

Judge: M. BRADLEY ALMOND

To:  WARD JAMES STEVEN
     jward@wardwilsonlaw.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

TRANSAMERICAN EQUIPMENT COMPANY, LLC V. INDUSTRIAL ASSETS CORP. ET AL
63-CV-2017-900196.00

The following matter was served on 3/7/2017

D002 MAYNARDS INDUSTRIES USA LLC
Corresponding To
CERTIFIED MAIL

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov

# SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.

■ Print your name and address on the reverse so that we can return the card to you.

■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Utica Lease Co LLC

44225 Utica Rd.

Utica MI 48317



9590 9402 2302 6225 0713 96

2. Article Number (Transfer from service label)

7016 0600 0001 0826 1673

# COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _(signature)_

☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt



USPS TRACKING #

9590 9402 2302 6225 0713 96

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

● Sender: Please print your name, address, and ZIP+4® in this box●

MAGARIA H. BOBO
CIRCUIT CLERK
714 GREENSBORO AVE. ROOM 214
TUSCALOOSA, AL  35401



AlaFile E-Notice

63-CV-2017-900196.00

Judge: M. BRADLEY ALMOND

To:   WARD JAMES STEVEN
       jward@wardwilsonlaw.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

TRANSAMERICAN EQUIPMENT COMPANY, LLC V. INDUSTRIAL ASSETS CORP. ET AL
63-CV-2017-900196.00

The following matter was served on 3/7/2017

D003 UTICA LEASECO, LLC
Corresponding To
CERTIFIED MAIL

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov