# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| TRANSAMERICAN EQUIPMENT COMPANY, LLC, § § § | |
| Plaintiff, § § | |
| v. § § | CASE NO.: 7:17-CV-00481-LSC |
| INDUSTRIAL ASSETS CORP., § MAYNARDS INDUSTRIES USA LLC, § and UTICA LEASECO, LLC, § § | |
| Defendants. § | |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Transamerican Equipment Company, LLC, plaintiff in this case, together with defendants Industrial Assets Corporation, Maynards Industries USA, LLC and Utica Leaseco, LLC, being collectively all of the Parties to this action, hereby give notice to the Court of the resolution, through mediation, of all claims and counterclaims which were previously asserted in this case. Therefore, based upon the Parties' settlement, and the satisfaction of all obligations imposed thereby, Plaintiff and Defendants jointly move the Court for the dismissal of this case, and all claims and counterclaims asserted herein, with prejudice, each party to bear its own costs.

Respectfully submitted,

/s/ Douglas L. McCoy
DOUGLAS L. MCCOY (ASB-5015-C63D)
*Attorney for Plaintiff Transamerican Equipment Company, LLC*

OF COUNSEL:

HAND ARENDALL HARRISON SALE LLC
Post Office Box 123
Mobile, AL  36601-0123
(251) 694-6255
Fax:  (251) 694-6375
E-mail:  dmccoy@handarendall.com


*/s/ James E. Fleenor, Jr.*
JAMES E. FLEENOR, JR.
*Attorney for Defendants Industrial Assets Corp., Maynards Industries USA LLC and Utica Leaseco, LLC*


OF COUNSEL:

FLEENOR & GREEN LLP
1657 McFarland Blvd., North
Suite G2A
Tuscaloosa, AL 35406
(205) 722-1017
E-mail:  jfleenor@fleenorgreen.com