IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| TRANSAMERICAN EQUIPMENT, COMPANY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> INDUSTRIAL ASSETS, CORP., *et al.*, <br><br> Defendants. | 7:17-cv-00481-LSC |

**Order**

This Court acknowledges receipt of the parties' Joint Motion for Dismissal with Prejudice (Doc. 33) filed on February 11, 2019. Accordingly, the case is DISMISSED WITH PREJUDICE, and costs are taxed as paid.

**DONE** and **ORDERED** on February 12, 2019.

_____
L. Scott Coogler
United States District Judge

194800